PHILLIP A. TALBERT
United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
    Special Assistant United States Attorney
    601 E 12th Street, Suite 965
    Kansas City, MO 64106
    Telephone: (816) 936-5931
    Facsimile: (833) 950-3518
    Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| KARL JON-PAUL WUEST,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00716-BAM<br><br>STIPULATION TO REMAND AND PROPOSED ORDER |

IT IS STIPULATED by and between Karl Jon-Paul Wuest (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to further evaluate the evidence, including evidence related to Plaintiff's hearing loss. The parties further request that

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021, and should be substituted, therefore, for Andrew Saul as the defendant in this suit. Fed. R. Civ. P. 25(d). No further action need be taken to continue this suit. 42 U.S.C. § 405(g).

Stip. to Remand; 1:21-cv-00716-BAM

the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 2nd day of May, 2022.

Dated:  May 3, 2022                    /s/ *Roger D. Drake*_____
                                        ROGER D. DRAKE
                                        Attorney for Plaintiff
                                        *Authorized via e-mail on Apr. 29, 2022

Dated:  May 3, 2022                    PHILLIP A. TALBERT
                                        United States Attorney
                                        LISA A. THOMAS
                                        Regional Chief Counsel, Region VII
                                        Social Security Administration

                            By:        /s/ *Sarah E. Preston*_____
                                        SARAH E. PRESTON
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.
IT IS SO ORDERED.

Dated:   **May 3, 2022**              /s/ *Barbara A. McAuliffe*_____
                                        UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 1:21-cv-00716-BAM