UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL JON-PAUL WUEST,<br><br>             Plaintiff,<br><br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>             Defendant. | Case No.  1:21-cv-00716-BAM<br><br>**ORDER REGARDING STIPULATION FOR AWARD OF EAJA FEES**<br><br>(Doc. 18) |

Based upon the parties' stipulation for the award of fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), filed on May 13, 2022 (Doc. 18):

IT IS ORDERED that fees in the amount of three thousand six hundred dollars ($3,600.00) as authorized by 28 U.S.C. § 2412, and costs in the amount of four hundred dollars ($400.00), be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **May 16, 2022**                        /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE

1